IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL E. TURNER and <br> DONNA R. TURNER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:05-1716 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNITED STATES' MOTION TO DISMISS

The United States, through undersigned counsel, respectfully requests that the Court dismiss this action. As grounds for this motion, the United States submits that plaintiffs have failed to properly serve the United States and that plaintiffs have failed to state a claim upon which relief can be granted. Accordingly, the Court should dismiss this action under Fed. R. Civ. P. 12(b)(5) & (6).

Attached to this motion as Exhibit 1 is the declaration of Jason Zarin. A supporting memorandum of law and a proposed order are submitted with this motion.

DATED:		October 25, 2005

                                                        Respectfully submitted,

                                                        <u>/s/ Jason S. Zarin</u>
                                                        JASON S. ZARIN
                                                        Trial Attorney, Tax Division
                                                        United States Department of Justice
                                                        Post Office Box 227
                                                        Ben Franklin Station
                                                        Washington, DC 20044
                                                        Telephone: (202) 514-0472

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion to Dismiss has been made this 25th day of October, 2005, by mailing, postage prepaid, addressed to:

>Daniel & Donna Turner
>97 Tower Road
>Cumming, GA 30040


/s/ Jason S. Zarin

_____

JASON S. ZARIN