IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL E. TURNER and | ) | |
| DONNA R. TURNER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-1716 (JDB) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JASON S. ZARIN

I, Jason S. Zarin, being of legal age, hereby declare and depose to the Court as follows:

1.    I am a trial attorney with the United States Department of Justice, Tax Division.  I have been so employed since August, 1998.

2.    Per my duties as a Department of Justice attorney, I have been assigned as lead counsel for the United States in the defense of this matter.

3.    I received by certified mail from the plaintiffs, postmarked September 2, 2005 and addressed to the Attorney General, a copy of the complaint filed in this case. A summons issued by the Court was not enclosed.  Also enclosed with the complaint was a request that the United States waive formal service of the summons and complaint.

4.    I have not received any other correspondence from the plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    October 25, 2005

JASON S. ZARIN
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044