IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL E. TURNER and<br>DONNA R. TURNER, | )<br>)<br>) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil No. 1:05-1716 (JDB) |
| | ) |
| UNITED STATES, | )<br>) |
| Defendant. | ) |

<u>ORDER</u>

This matter comes before the Court on the United States' motion to dismiss.

Having considered the motion, any opposition, and the entire record of this case, the

Court ORDERS that this case is DISMISSED.

So ordered this ___ day of _____, 2005

_____
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been

made this 25th day of October, 2005, by mailing, postage prepaid, addressed to:

        Daniel & Donna Turner
        97 Tower Road
        Cumming, GA 30040


/s/ Jason S. Zarin

_____

JASON S. ZARIN