Leave to file GRANTED

*/s/ John D. Bates* 10/25/05
John D. Bates
United States District Judge

Daniel E. Turner
Donna R. Turner
97 Tower RD
Cumming, GA 30040

district court of the United States

| | |
|---|---|
| Daniel E. Turner<br>Donna R. Turner | Case No. 1:05CV01716 |
| Plaintiff(s), | MOTION TO SUBMIT FOR DECISION |
| v. | |
| United States<br>Defendant. | |

Plaintiff(s), Daniel E. Turner, Donna R. Turner request(s) that the clerk of the court submit the following pleadings to the court for decision:

Plaintiff's Objection to action of the clerk of court.

Plaintiff's order requiring the clerk to sign the summonses provided by plaintiff(s).

Dated October 5, 2005

*/s/ Daniel E. Turner*
Daniel E. Turner