Daniel E. Turner,
Donna R. Turner
97 Tower RD
Cumming, GA 30040

district court of the United States

Daniel E. Turner,
Donna R. Turner )
) Case No. 1:05 CV01716
Plaintiff(s), )
) OBJECTION TO ACTION OF THE CLERK
v. )
)
United States )
Defendant. )

Plaintiff(s), Daniel E. Turner, Donna R. Turner **OBJECT(S)** to the Clerks refusal to issue summonses in this matter. Such action constitutes a denial of due process and obstruction of justice. Plaintiff(s) has/have provided the clerk of court with proper summonses properly headed district court of the United States. The clerk has refused to sign and issue the summonses provided by plaintiff(s). The clerk is denying plaintiff(s) due process and obstructing justice by refusing to sign the summonses. Plaintiff(s) is/are unable to serve the complaint and summons on the defendant due to the actions of the clerk. There is no rule requiring plaintiff(s) to use the summons form provided by the clerk, nor is there any rule preventing the plaintiff(s) from preparing his/her/their own summons form, nor is there any rule which specifies the specific wording that must appear on a summons form.

Wherefore, plaintiff(s) request(s) that the court issue its order requiring the clerk to issue the summons as written.

Dated October 5, 2005

_____
Daniel E. Turner

Daniel E. Turner
Donna R. Turner
97 Tower RD
Cumming, GA 30040

district court of the United States

| | |
|---|---|
| Daniel E. Turner<br>Donna R. Turner<br><br>        Plaintiff(s),<br><br>v.<br><br>United States<br>        Defendant. | ) Case No. 1:05 CV01716<br>) ORDER<br>) |

It is hereby ordered that the clerk sign the summonses provided by plaintiff.

Dated _____, 2005

_____
_____Judge

# District Court of the United States

IN THE DISTRICT OF COLUMBIA

Daniel E. Turner,
Donna R. Turner

**SUMMONS IN A CIVIL CASE**

v.

United States

CASE NUMBER   1:05CV01716

JUDGE: John D. Bates

To:

DECK TYPE: Pro se General Civil

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

DATE STAMP: 08/26/2005

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Daniel E. Turner,
Donna R. Turner
97 Tower RD,
Cumming, GA 30040,
770-889-7646

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____                    _____
        Court Clerk                                              Date

by _____
        Deputy Clerk

# District Court of the United States

IN THE DISTRICT OF COLUMBIA

Daniel E. Turner,
Donna R. Turner

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER   1:05CV01716

United States

JUDGE: John D. Bates

To:

DECK TYPE: Pro se General Civil

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

DATE STAMP: 08/26/2005

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Daniel E. Turner,
Donna R. Turner
97 Tower RD,
Cumming, GA 30040,
770-889-7646

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____           _____
        Court Clerk                                   Date

by _____
        Deputy Clerk