Daniel E. Turner
Donna R. Turner
97 Tower RD
Cumming, GA 30040

UNITED STATES DISTRICT COURT

| | |
|---|---|
| Daniel E. Turner<br>Donna R. Turner<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>United States<br>　　　　　Defendant. | ) Case No. 1:05CV01716<br>)<br>) MOTION TO SUBMIT FOR DECISION<br>)<br>)<br>)<br>)<br>) |

Plaintiff(s), Daniel E. Turner, Donna R. Turner request(s) that the clerk of the court submit the following pleadings to the court for decision:

Plaintiff's Objection to conversion.

Plaintiff's order remanding the matter back to the district court of the United States in Washington District of Columbia.

Dated October 12, 2005

_____
Daniel E. Turner