Daniel E. Turner
Donna R. Turner
97 Tower RD
Cumming, GA 30040

## DISTRICT COURT OF THE UNITED STATES
### FOR THE DISTRICT OF COLUMBIA

Daniel E. Turner
Donna R. Turner                           Case No. 1:05-1716(JDB)

           Plaintiff(s),

v.

United States

           Defendant.

### PLAINTIFFS' OPPOSITION/OBJECTION TO
### UNITED STATES' NOTICE OF RELATED CASES

Plaintiff opposes and objects to the United States' Notice of Related Cases. Such

cases have no relevance to the instant matter. The record shows that plaintiffs have no

related cases in this court or any other United States Court. Plaintiffs have no knowledge

of the cases listed in defendant's Notice of Related Cases. Plaintiffs have not been served

copies of the listed cases, nor have plaintiffs read the listed cases. Plaintiffs have no

knowledge as to who plaintiffs are in the listed cases. To the extent that the listed cases

allege facts similar to the facts alleged in plaintiffs' complaint the listed cases would be

sufficient to establish a pattern of unlawful activity on the part of the IRS.

Wherefore, plaintiffs request the court to disregard/strike defendants' notice as

Turner v United States #1:05-1716(JDB)          Page 1 of 2 pages          Plaintiffs' Opposition/Objection to Notice of Related
Cases



RECEIVED

DEC 19 2005

NANCY MAYER WHITTIN...
U.S. DISTRICT COURT CLERK

immaterial and not relevant to the instant matter as each of these cases must stand on

their own merit.

Dated December  16 , 2005

Daniel E. Turner

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants' Counsel at his address of record.

Dated December  16 , 2005

Daniel E. Turner

Daniel E. Turner
Donna R. Turner
97 Tower RD
Cumming, GA 30040

# DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF COLUMBIA

Daniel E. Turner
Donna R. Turner                    Case No. 1:05-1716(JDB)

        Plaintiff(s),

v.

United States
        Defendant.

## MOTION TO SUBMIT

Plaintiff request that the attached objection be submitted to the court for decision.

Dated December _16_, 2005

Daniel E. Turner

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants' Counsel at his address of record.

Dated December _16_, 2005

RECEIVED

DEC 1 9 2005

NANCY MAYER
U.S. DISTRICT COURT

Daniel E. Turner