IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL E. TURNER & <br> DONNA R. TURNER <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:05-cv-1716 (JDB) <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Having considered the United States' motion to dismiss the amended complaint, together with the memorandum in support thereof, and having further considered plaintiffs' [lack of] opposition thereto, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' amended complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Daniel E. Turner
Donna R. Turner
97 Tower Road
Cumming, GA 30040

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiffs *pro se* on the 16th day of March, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Daniel E. Turner
>Donna R. Turner
>97 Tower Road
>Cumming, GA 30040

>/s/ Pat S. Genis
>PAT S. GENIS, #446244