IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL E. TURNER and<br>DONNA R. TURNER, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil No. 1:05-1716 (JDB) |
| UNITED STATES, | )<br>)<br>) | |
| Defendant. | ) | |

NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are identical to that filed in this matter:

- Grant Holyoak v. United States, Civil No. 1:05-1829 (HHK)

- Brent & Rhonda Gross v. United States, Civil No. 1:05-1818 (JR)

- Lee F. Garvin v. United States, Civil No. 1:05-1775 (RBW)

- Sandra Shoemaker v. United States, Civil No. 1:05-1736 (RWR)

- Matthew Brandt v. United States, Civil No. 1:05-1613 (ESH)

- Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656 (GK)

- Lavern Koerner v. United States, Civil No. 1:05-1600 (ESH)

- Charles Radcliffe v. United States, Civil No. 1:05-1624 (ES)

- Wallace Lohmann v. United States, Civil No. 1:05-1976 (HHK)

- Bruce & Elise Travis v. United States, Civil No. 1:05-1867 (RCL)

Indeed, not only are the complaints identical, but some subsequent filings (*e.g.*, plaintiffs' opposition to the Government's motion to dismiss) have been identical as well.

DATED:   November 22, 2005

                                                Respectfully submitted,

                                               /s/ Jason S. Zarin
                                               JASON S. ZARIN
                                               Trial Attorney, Tax Division
                                               United States Department of Justice
                                               Post Office Box 227
                                               Ben Franklin Station
                                               Washington, DC 20044
                                               Telephone: (202) 514-0472

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Related Cases has been made this 22d day of November, 2005, by mailing, postage prepaid, addressed to:

>Daniel & Donna Turner
>97 Tower Road
>Cumming, GA 30040

/s/ Jason S. Zarin

_____

JASON S. ZARIN