UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL E. TURNER, et al.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

Civil Action No. 05-1716 (JDB)

ORDER

Plaintiffs Daniel E. Turner and Donna R. Turner have filed a *pro se* complaint asserting their entitlement to damages for alleged misconduct by the Internal Revenue Service in the collection of taxes. See 26 U.S.C. § 7433. On March 16, 2006, defendant filed a motion to dismiss the complaint based on plaintiffs' alleged failure to demonstrate exhaustion of administrative remedies. Rule 7(b) of the Local Rules of Civil Procedure for this Court require that a party who opposes a motion must, within eleven (11) days of the date of service (or at such other time as the Court may direct), serve and file a memorandum of points and authorities in opposition to the motion. The rule further provides that, "[i]f such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." L. Civ. R. 7(b).

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the United States Court of Appeals for the District of Columbia Circuit held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." Id. at 509. Accordingly, the Court wishes to advise plaintiffs

that they must file with the Clerk of the United States District Court for the District of Columbia a response to defendant's previously filed motion within fourteen (14) days of the date of this order, that is by not later than April 7, 2006. If plaintiff does not respond, the court will treat the motion as conceded and dismiss the case.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   March 24, 2006

Copies to:

Daniel E. Turner
Donna R. Turner
97 Tower Rd.
Cumming, GA 30040

*Plaintiffs*

Pat S. Genis
Jason Scott Zarin
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC  20044
Email: pat.genis@usdoj.gov
Email: jason.s.zarin2@usdoj.gov

*Counsel for defendant*