# United States District Court
IN THE DISTRICT OF COLUMBIA

Daniel E. Turner,
Donna R. Turner,

                             Case No. 1:05-cv-01716(JDB)

         Plaintiff(s),

v.

United States
         Defendant.

## MOTION TO FILE OUT OF TIME

Plaintiffs request leave of court to respond to the courts order to file by March 24, 2006. Plaintiffs are untrained in law and do not have access to paralegals, secretaries and/or legal researchers. The attached responses required extensive research and writing to respond to defendants motions.

Dated: _March 25_, 2006

_[signature]_                             _Donna Turner_
Daniel E. Turner                    Donna R. Turner
97 Tower RD                         97 Tower RD
Cumming, GA 30040              Cumming, GA 30040

**RECEIVED**

MAR 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated  March 25 , 2006

_____
Daniel E. Turner