UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL E. TURNER, et al.,**<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>**UNITED STATES,**<br><br>　　　Defendant. | Civil Action No.  05-1716 (JDB) |

### ORDER

Upon consideration of [17] defendant's motion to dismiss the amended complaint and the entire record herein, and for the reasons stated in the accompanying memorandum opinion, it is this 24th day of April, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the complaint is **DISMISSED** without prejudice.

　　　　　　　　　　　　　　　　　　　　／s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Daniel E. Turner
Donna R. Turner
97 Tower Rd.
Cumming, GA 30040

　　　*Plaintiffs*

-2-

Pat S. Genis
Jason Scott Zarin
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC  20044
Email: pat.genis@usdoj.gov
Email: jason.s.zarin2@usdoj.gov

    *Counsel for defendant*