UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL E. TURNER, et al.,

    Plaintiffs,

        v.

UNITED STATES,

    Defendant.

Civil Action No. 05-1716 (JDB)

## ORDER

Upon consideration of [17] defendant's motion to dismiss the amended complaint and the entire record herein, and for the reasons stated in the accompanying memorandum opinion, it is this 24th day of April, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the complaint is **DISMISSED** without prejudice.

                                  /s/ John D. Bates
                                  JOHN D. BATES
                            United States District Judge

Copies to:

Daniel E. Turner
Donna R. Turner
97 Tower Rd.
Cumming, GA 30040

    *Plaintiffs*

Pat S. Genis
Jason Scott Zarin
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC  20044
Email: pat.genis@usdoj.gov
Email: jason.s.zarin2@usdoj.gov

*Counsel for defendant*